# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL JOSEPH PAVALONE

    Plaintiff,

       v.

UNITED STATES DEPARTMENT OF
DEFENSE, ET AL.,

    Defendant

No. 3:11-CV-1448

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MANNION)

## ORDER

**NOW** this _____ 3ᵈ _____ day of May 2012, upon review of Magistrate Judge Mannion's

Report and Recommendation (Doc. 8) for plain error or manifest injustice, **IT IS HEREBY**

**ORDERED** that:

    (1)    The Report and Recommendation (Doc. 8) is **ADOPTED.**

    (2)    Plaintiff's Complaint  (Doc. 1) is **DISMISSED.**

    (3)    The Clerk of Court is ordered to mark this matter as **CLOSED.**

A. Richard Caputo
United States District Judge